# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10239−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ian Spence
   1 Redfield Village, Apt 1 A
   Metuchen, NJ 08840

Social Security No.:
   xxx−xx−1727

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       2/26/19
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sarah J. Crouch, Esq.
Attorney for Debtor

COMMISSION OR FEES
$1,100.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 30, 2019
JAN:

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                    Case No. 17-10239-MBK
Ian Spence                                                Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-3      User: admin           Page 1 of 2      Date Rcvd: Jan 30, 2019
                          Form ID: 137          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db          +Ian Spence,   1 Redfield Village, Apt 1 A,   Metuchen, NJ 08840-3001
sp          +John Strong,   303 George Street,   New Brunswick, NJ 08901-2020
516716140    American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
516581029   +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516581032   +Barclays Bank Delaware,   Attn Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
516581034   +Citibank,   PO Box 653095,   Dallas, TX 75265-3095
516581036   +Devry Inc,   Merchants Credit Guide,   223 W Jackson Blvd,   Chicago, IL 60606-6908
516581038   +Macys/Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516801973    Middlesex Emergency Physicians PA,   PO Box 1123,   Minneapolis, MN 55440-1123
516581042   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   Toyota Motor Credit,   Po Box 8026,
             Cedar Rapids, IA 52408)
516624506   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2019 23:33:29     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2019 23:33:27     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516581030   +E-mail/Text: ACF-EBN@acf-inc.com Jan 30 2019 23:32:29     Atlantic Credit & Finance,
             PO Box 12966,   Roanoke, VA 24030-2966
516581031   +E-mail/Text: ACF-EBN@acf-inc.com Jan 30 2019 23:32:29     Atlantic Credit & Finance,
             3353 Orange Avenue,   Roanoke, VA 24012-6335
516581033    E-mail/Text: bankruptcy@cavps.com Jan 30 2019 23:33:56     Cavalry Portfolio Services,
             PO Box 27288,   Tempe, AZ 85285
516648876   +E-mail/Text: bankruptcy@cavps.com Jan 30 2019 23:33:56     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516581035   +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2019 23:33:33     Dept Of Ed/582/nelnet,
             Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
516581037   +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2019 23:42:56     GE Capital Retail Bank,
             PO Box 103104,   Roswell, GA 30076-9104
516759283   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2019 23:33:26     MIDLAND FUNDING LLC,
             PO Box 2011,   Warren, MI 48090-2011
516581039   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2019 23:33:26     Midland Funding,
             2365 Northside Drive,   San Diego, CA 92108-2709
516581040    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2019 23:42:36
             Portfolio Recovery,   PO Box 41067,   Norfolk, VA 23541
516831841    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2019 23:42:07
             Portfolio Recovery Associates, LLC,   c/o Sears,   POB 41067,   Norfolk VA 23541
516581041   +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2019 23:41:56     Syncb/Care Credit,
             C/o Po Box 965036,   Orlando, FL 32896-0001
516595821   +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2019 23:33:33
             U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,   LINCOLN, NE 68508-1911
516581043   +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2019 23:42:56     Vaughan Bassett/Synchrony Bank,
             Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2019
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas   Fitzgerald    on behalf of Debtor Ian  Spence nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sarah J. Crouch    on behalf of Debtor Ian  Spence nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```