| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ian Spence<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1727<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10239–MBK | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Ian Spence

<u>4/6/22</u>                                                                 **By the court:** <u>Michael B. Kaplan</u>
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-10239-MBK
Ian Spence                                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Apr 06, 2022      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian Spence, 1 Redfield Village, Apt 1 A, Metuchen, NJ 08840-3001 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| sp | + | John Strong, 303 George Street, New Brunswick, NJ 08901-2020 |
| 516581036 | + | Devry Inc, Merchants Credit Guide, 223 W Jackson Blvd, Chicago, IL 60606-6908 |
| 516801973 | | Middlesex Emergency Physicians PA, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516716140 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:34:22 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516581029 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:34:17 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516581032 | + | EDI: TSYS2 | Apr 07 2022 02:33:00 | Barclays Bank Delaware, Attn Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 516581033 | | Email/Text: bankruptcy@cavps.com | Apr 06 2022 20:30:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 516648876 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2022 20:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516581034 | + | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | Citibank, PO Box 653095, Dallas, TX 75265-3095 |
| 516581035 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 06 2022 20:30:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516581037 | + | EDI: RMSC.COM | Apr 07 2022 02:33:00 | GE Capital Retail Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 516759283 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2022 20:29:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516581038 | + | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | Macys/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516581039 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2022 20:29:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |

Case 17-10239-MBK    Doc 53    Filed 04/08/22    Entered 04/09/22 00:15:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 25 |

| 516581040 | | EDI: PRA.COM | | | |
|---|---|---|---|---|---|
| | | | | Apr 07 2022 02:33:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 516831841 | | EDI: PRA.COM | | | |
| | | | | Apr 07 2022 02:33:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 516581041 | + | EDI: RMSC.COM | | | |
| | | | | Apr 07 2022 02:33:00 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516581042 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | | |
| | | | | Apr 06 2022 20:29:00 | Toyota Financial Services, Toyota Motor Credit, Po Box 8026, Cedar Rapids, IA 52408 |
| 516624506 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | | |
| | | | | Apr 06 2022 20:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516595821 | + | Email/Text: electronicbkydocs@nelnet.net | | | |
| | | | | Apr 06 2022 20:30:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 516581043 | + | EDI: RMSC.COM | | | |
| | | | | Apr 07 2022 02:33:00 | Vaughan Bassett/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516581030 | ##+ | Atlantic Credit & Finance, PO Box 12966, Roanoke, VA 24030-2966 |
| 516581031 | ##+ | Atlantic Credit & Finance, 3353 Orange Avenue, Roanoke, VA 24012-6335 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicholas Fitzgerald | on behalf of Debtor Ian Spence fitz2law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 25

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6